# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHRISTINE SNIDER, as Personal**
**Representative of the Estate of Bessie**
**Harkey, deceased,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-1151-Orl-22JGG**

**CONWAY LAKES NC, LLC, d/b/a Conway**
**Lakes Nursing Center, and SBK CAPITAL,**
**LLC,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on Defendants' Amended Motion to Compel Arbitration, to Dismiss Lawsuit and to Strike Discovery (Doc. No. 23) filed on September 30, 2005.

The United States Magistrate Judge has submitted a Report recommending that the Motion to Compel Arbitration be granted, that the Motion to Dismiss Lawsuit be denied, and that the Motion to Strike Discovery be denied as moot.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 31, 2006 (Doc. No. 42) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Motion to Compel Arbitration is hereby **GRANTED**, the Motion to Dismiss Lawsuit is hereby **DENIED**, and the Motion to Strike Discovery is hereby **DENIED AS MOOT.**

3. The parties shall arbitrate all claims in this action in accordance with the Arbitration Agreement.  This case is hereby **STAYED**.  The Clerk is directed to **administratively close** the file.

4. All pending motions are denied as moot, with leave to refile if appropriate, if this action is reinstated

5. Plaintiff is directed to file and serve, on or before June 1, 2006, and every three months thereafter a status report regarding the Plaintiff's arbitration proceedings.

6. The file and docket sheet in this case shall remain in the active files of the Orlando Division of this Court.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 26, 2006.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record